

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2018

No. 04-17-00652-CV

Ruben **RIOS,**
Appellant

v.

**TEXAS DEPARTMENT OF PUBLIC SAFETY,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2017W0521
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

 The court reporter has filed a notification of late record stating that the appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record. It is therefore ORDERED that appellant provide written proof to this court **within ten days** of the date of this order that: either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

_____
Rebeca C. Martinez, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court